# Third District Court of Appeal
## State of Florida

Opinion filed June 14, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-532
Lower Tribunal No. F16-4938

————————

**Ford Charlier,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Ford Charlier, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.